■ Jacob Morano et al., Respondents, v. John Moleti et al., Defendants, and Enrico J. Galli, Sr. et al., Appellants.— In an action brought by plaintiffs, neighboring property owners, for an injunction against the defendants, who own properties fronting on Lake Place, in the Borough of Brooklyn, City of New York, defendants Galli and Quattrucci appeal from so much of a judgment of the Supreme Court, Kings County, dated February 1, 1960 (and entered February 3, 1960), after a nonjury trial, as permanently enjoins them from obstructing or interfering with free access to Lake Place and directs them to remove fences, sidewalks and curbing thereon between West 10th and West 9th Streets. The trial was before a Special Referee pursuant to stipulation of the parties. Judgment insofar as appealed from affirmed, with costs. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. Peter Calitri, Appellant.— Appeal by defendant from two orders of the County Court, Queens County, dated, respectively, July 13, 1960 and September 20, 1960, each of which denies, without a hearing, his *coram nobis* application to vacate a judgment of said court rendered September 5, 1956, convicting him, upon his plea of guilty, of attempted felonious possession of narcotics (Penal Law, § 1751, subd. 2), and sentencing him as a second felony offender, to serve a term of 10 to 15 years. The grounds of the *coram nobis* applications are that the sentence of the court was more severe than had been allegedly promised by the prosecutor, despite the fact that the court had knowledge of the claimed promise. Orders affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. Vernon Dowling, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered April 8, 1960, after a jury trial, convicting him of attempted rape in the second degree and sentencing him to serve a term of 2½ to 5 years. Upon the trial, the case was submitted to the jury under three counts of the indictment charging, respectively: rape in the second degree; assault in the second degree, with intent to commit rape; and violation of section 483 of the Penal Law by willfully placing a child under the age of 16 years in such a situation that its morals are likely to be impaired. The jury returned a verdict of guilty of attempted rape in the second degree, and sentence was imposed thereon. Judgment affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. John Archie Miles, Appellant.— Appeal by defendant from an order of the County Court, Suffolk County, dated July 18, 1956, denying, after a hearing, his *coram nobis* application to vacate a judgment of said court rendered December 30, 1940, convicting him, on his plea of guilty, of burglary in the third degree, and sentencing him as a second felony offender. Order affirmed. (See *People* v. *Page*, 12 A D 2d 984.) Defendant also appeals from an order of the same court, dated August 5, 1958, denying without a hearing his second *coram nobis* application. Appeal from said order dismissed. No such order appears to have been entered and no such order is in the record. We have, however, examined the merits of the defendant's second *coram nobis* application and would affirm the order if one had been made. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.